## Earl *vs.* Lefferts.

A Queftion arofe in this caufe on the confolidation Rule, whether on judgment being rendered in one caufe, the plaintiff was entitled to judgment in the other caufes *immediately?*

*Per Curiam.* The other defendants fhall have eight days to pay the money, after judgment in the caufe tried and taxation of the cofts in all the caufes. The plaintiff however may proceed immediately to perfect his judgment, for his better fecurity ; but if the defendants will pay within the eight days, it fhall exempt them from the cofts of entering up fuch judgments. When a judgment of this kind is rendered in Albany, and the defendants live in New-York, and fo *vice verfa*, then inftead of eight they fhall have fourteen days : but if payment is not made within the time allowed, or if the plaintiff does not elect to enter his judgment till the expiration of the time, he may then enter his judgment *nunc pro tunc*, and have his full cofts.